**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| RONALD ALLISON, | |
|       Plaintiff, | 2:20-cv-01810-APG-VCF |
| vs. | **ORDER** |
| CLARK COUNTY DISTRICT ATTORNEY'S OFFICE, *et al.*, | |
|       Defendants. | |

On September 24, 2020, Ronald Allison commenced this civil action by submitting to the clerk's office a complaint with no accompanying filing fee or application to proceed *in forma pauperis*.  The court gave notice to plaintiff that he has not complied with Rule 3, thus, no complaint commencing this action has been filed.  Plaintiff was given until December 22, 2020 to file a complaint with an accompanying filing fee or an application to proceed *in forma pauperis* and failure to comply with the court's order may result in dismissal of this case.  (ECF No. 3).  On December 14, 2020, mail was returned as undeliverable. (ECF NO. 4).

To date, the filing fee required by 28 U.S.C § 1914 has not been paid and no application for *in forma pauperis* has been filed.

Accordingly, the Court directs the Clerk of Court to administratively close this case.

DATED this 22nd day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE